

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 19 cr 10474 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| SEMAJ LEARY, | ) | Count One: Felon in Possession of a |
| | ) | Firearm and Ammunition |
| | ) | (18 U.S.C. § 922(g)(1)) |
| Defendant | ) | |
| | ) | Firearm Forfeiture Allegation: |
| | ) | (18 U.S.C. § 924(d) and |
| | ) | 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Felon in Possession of a Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about August 14, 2019, in Boston, in the District of Massachusetts, the defendant,

SEMAJ LEARY,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a 9mm Glock semi-automatic pistol, bearing model number 19 and serial number SYP936, seven rounds of R-P 9mm caliber ammunition, four rounds of WIN 9mm caliber ammunition, two rounds of VPT 9mm caliber ammunition, one round of WCC 9mm caliber ammunition and one round of Tulammo 9mm caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds that:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, the defendant,

SEMAJ LEARY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

a. a 9mm Glock semi-automatic pistol bearing model number 19 and serial number SYP936;

b. seven rounds of R-P 9mm caliber ammunition;

c. four rounds of WIN 9mm caliber ammunition;

d. two rounds of VPT 9mm caliber ammunition;

e. one round of WCC 9mm caliber ammunition; and

f. one round of Tulammo 9mm caliber ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty;

then, it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MACKENZIE A. QUEENIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: December 18, 2019
Returned into the District Court by the Grand Jurors and filed.

1:10pm 12-18-19
DEPUTY CLERK